No. 7,104.—STATE, Appellant, *v.* DALE ROSENSTEEL, Respondent.

Decided April 24, 1933.

PER CURIAM.—On motion of the Attorney General, it is ordered that the appeal herein be dismissed, the question sought to be reviewed having become moot by the enactment of Chapter 108, Laws of 1933, declaring that removal of personal property covered by a conditional sale contract, without consent of the vendor, constitutes larceny.

*Mr. Raymond T. Nagle,* Attorney General, and *Mr. C. F. Morris,* Assistant Attorney General, for the State.